IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY, CIVIL ACTION

ERIC BEEDERS,

        Plaintiff,

vs.                                CASE NO.:

GULF COAST COLLECTION BUREAU, INC.,

        Defendant.
_____/

## STATEMENT OF CLAIM

Plaintiff Eric Beeders, by the undersigned attorney, sues defendant Gulf Coast Collection Bureau, Inc. and states:

### I. INTRODUCTION

1. This is an action for damages which do not exceed $2,500.00; it is brought by Eric Beeders, an individual consumer for violation of the federal Fair Debt Collection Practices Act ("FDCPA"), and for violation of the Florida Consumer Collection Practices Act, Chapter 559, Florida Statutes ("FCCPA").

2. The FDCPA prohibits debt collectors, and the FCCPA prohibits all persons, from engaging in abusive, deceptive and unfair practices in collecting consumer debts; the debt sought to be collected by the defendant herein was a consumer debt.

3. The plaintiff has retained the below-signed attorney and is obligated to pay him a reasonable fee for his services.

### II. PARTIES

4. Plaintiff Eric Beeders ("Mr. Beeders") is a natural person residing in Hillsborough County, Florida.

5. Defendant Gulf Coast Collection Bureau, Inc. ("Gulf Coast") is a Florida Corporation with its principal place of business being located in Sarasota, Florida.

6. The defendant herein is subject to the provisions of both the FDCPA and the FCCPA, and is subject to the jurisdiction of this court pursuant to § 48.193, Fla. Stat.


EXHIBIT A

### III. FACTUAL ALLEGATIONS AND CLAIMS

7. On March 31, 2008, Gulf Coast placed a telephone call to Mr. Beeders, leaving a message on his voice messaging system in which it was not disclosed that the call was from a debt collector, thus violating 15 U.S.C. § 1692e(11).

8. By leaving a message in which it was not disclosed that the call was from a debt collector, the defendant also violated 15 U.S.C. § 1692d(6) and § 559.72(7), Fla. Stat.

9. Under the FDCPA the defendant is liable to the plaintiff for statutory damages of $1,000.00 together with attorney's fees and costs pursuant to 15 U.S.C. § 1692k.

13. Under the FCCPA the defendant is separately liable to the plaintiff for statutory damages of $1,000.00 together with attorney's fees and costs pursuant to § 559.77(2), Fla. Stat.

WHEREFORE, plaintiff Eric Beeders demands judgment against defendant Gulf Coast for the following:

a. Statutory damages pursuant to 15 U.S.C. § 1692(k);

b. Statutory damages pursuant to § 559.77, Fla. Stat.;

c. Costs and attorneys' fees pursuant to 15 U.S.C. § 1692k and § 559.77(2), Fla. Stat.; and

d. Such other and further relief as the Court may deem to be just and proper.

_____
TIMOTHY CONDON, ESQ. FBN 217921
307 S. Fielding Ave., Suite #2
Tampa, Florida 33606-4126
813-251-2626  Fax: 813-251-2009
Email: tim@timcondon.net
ATTORNEY FOR PLAINTIFF